1  Roman E. Darmer (State Bar No. 212578)
   rdarmer@jonesday.com
2  Jones Day
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612
   Telephone:     (949) 851-3939
4  Facsimile:      (949) 553-7539

5  Robert E. Gooding, Jr. (State Bar No. 50617)
   rgooding@morganlewis.com
6  Jennifer R. Bagosy (State Bar No. 223145)
   jbagosy@morganlewis.com
7  Morgan, Lewis & Bockius LLP
   5 Park Plaza, Suite 1750
8  Irvine, CA 92614
   Telephone:     (949) 399-7000
9  Facsimile:      (949) 399-7001

10

   Attorneys for Defendant
11 ELIZABETH A. DRAGON

12                          UNITED STATES DISTRICT COURT

13                         SOUTHERN DISTRICT OF CALIFORNIA

14

| 15 | UNITED STATES OF AMERICA, | Case No. 10CR2107-WQH |
|---|---|---|
| 16 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 17 | v. | |
| 18 | ELIZABETH A. DRAGON, | Sentencing Date: April 18, 2011<br>Time: 9:00 a.m. |
| 19 | Defendant. | Judge: Hon. William Q. Hayes |

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I, Roman E. Darmer, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On April 11, 2011, I served by electronic transmission a copy of:

**DEFENDANT ELIZABETH A. DRAGON'S UNOPPOSED MOTION FOR DISMISSAL OF CRIMINAL INFORMATION AND EXONERATION OF PERSONAL APPEARANCE BOND**

[DECLARATION OF ROMAN E. DARMER DATED APRIL 11, 2011 AND ORDER SUBMITTED CONCURRENTLY HEREWITH]

I am familiar with the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| Elizabeth A. Dragon represented by | Plaintiff, USA represented by |
|---|---|
| Jennifer Bagosy<br>Morgan, Lewis & Bockius LLP<br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614<br>Email: jbagosy@morganlewis.com | Eric Jon Beste<br>U S Attorneys Office Southern Dist. of California<br>Criminal Division<br>880 Front Street, Room 6293<br>San Diego, CA 92101<br>Email: Eric.Beste@usdoj.gov |
| Robert E Gooding , Jr.<br>Morgan, Lewis & Bockius LLP<br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614<br>Email: rgooding@morganlewis.com | Steven E Stone<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street, Room 6293<br>San Diego, CA 92101<br>Email: Steven.E.Stone@usdoj.gov |

Executed on April 12, 2011, at Irvine, California.

*/s/ Roman E. Darmer*
Roman E. Darmer

IRI-19127v1