**FILED**

APR 13 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>ELIZABETH A. DRAGON,<br><br>                  Defendant. | Case No. 10CR2107-WQH<br><br>ORDER GRANTING DEFENDANT ELIZABETH A. DRAGON'S UNOPPOSED MOTION FOR DISMISSAL OF CRIMINAL INFORMATION AND EXONERATION OF PERSONAL APPEARANCE BOND<br><br>Sentencing Date: April 18, 2011<br>Time: 9:00 a.m.<br><br>Judge: Hon. William Q. Hayes |

1 | GOOD CAUSE HAVING BEEN SHOWN,

2 |     IT IS HEREBY ORDERED, that the criminal Information filed in this case be dismissed

3 | with prejudice. It is further ORDERED that the personal appearance bond of $30,000 secured by

4 | Defendant's own signature on June 2, 2010 is exonerated.

6 | Dated: April /2, 2011

                By: _____
                HON. WILLIAM Q. HAYES
                UNITED STATES DISTRICT JUDGE